**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:24-mj-04858-DUTY |
| ZHOU YU | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defense Counsel_ , IT IS ORDERED that a detention hearing is set for _August 20_ , _2024_ , at _3:30_ ☐ a.m. / ☒ p.m. before the Honorable _Stephanie S. Christensen_ , in Courtroom _790_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/14/2024_

_____
U.S. District Judge/Magistrate Judge